09-60539-B-7
REOPEN 7
DEBTOR: MICHAEL CASIAS
JUDGE: HON. W. LEE

FILED 10/14/11 - 10:28 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION    jflf

**UNITED STATES BANKRUPTCY COURT**

In Re:

Michael J. Casias Jr and Yvonne M. Avila

**MOTION TO REOPEN CASE**

I, Yvonne M. Avila, request the court re-open our Bankruptcy allowing me to reaffirm a debt. The debt I seek to reaffirm is for my mortgage loan. At the filing of my Bankruptcy the original creditor was BANK OF AMERICA who now sold the debt to GREEN TREE. I recently became aware that without a signed reaffirmation agreement between the mortgage company and I will not receive credit through the credit bureaus for the mortgage payments am I making to GREEN TREE. Therefore, I am requesting the court Reopen the Bankruptcy case granting me a court order to reaffirm the debt with GREEN TREE.

In addition, I am requesting the court waive the court-filing fee of $260.00 due to my financial hardship. On 11/29/2010, the debtor, Michael J. Casias Jr and I finalized our divorce. I am a single mom with 2 children and depend solely on my income not leaving me any money to pay the filing fee. I am enclosing an Application for Waiver of the Chapter 7 Filing Fee and respectfully ask the court to consider waiving the court-filing fee.

Dated: OCT. 12, 2011

_____
Yvonne M. Avila